# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160207(47)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ALLEN PARK RETIREES ASSOCIATION,
INC., and RUSSELL PILLAR, on behalf of
himself and others similarly situated,
            Plaintiffs-Appellees,

v

CITY OF ALLEN PARK,

            Defendant-Appellant,
and

JOYCE A. PARKER,
            Defendant-Appellee.
_____/

SC: 160207
COA: 341567
Wayne CC: 14-003826-CZ

On order of the Chief Justice, the motions of plaintiffs-appellees for immediate consideration and to extend the time for filing their answer are GRANTED. The answer will be accepted as timely filed if submitted on or before November 5, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

            October 9, 2019



                                                    Clerk